

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00936-CV

**Joel  Mallory  Junior**

v.

**West Bellfort Property Owners Association**

NO. 1039665 IN THE CO CIVIL CT AT LAW NO 4 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/23/2015 | E-PAID | APE |
| MT FEE | $10.00 | 06/02/2015 | E-PAID | APE |
| MT FEE | $10.00 | 06/02/2015 | E-PAID | APE |
| CLK RECORD | $190.00 | 03/19/2015 | PAID | ANT |
| MT FEE | $10.00 | 02/09/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 01/07/2015 | E-PAID | ANT |
| FILING | $175.00 | 01/07/2015 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $425.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN  TESTIMONY  WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 18, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**